| Case | Docket | Date | Judges | Disposition |
|---|---|---|---|---|
| Chandler v. State | 49A04–1702–CR–245 | 07/31/2017 | MAY, J<br>BROWN, J.<br>PYLE, J. | Affirmed<br>Concurs<br>Concurs |
| Roberts v. State | 09A05–1702–CR–283 | 07/31/2017 | CRONE, J.<br>BAKER, J.<br>BARNES, J. | Affirmed<br>Concurs<br>Concurs |
| McDaniel v. State | 79A04–1612–CR–2877 | 07/31/2017 | KIRSCH, J.<br>MATHIAS, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |
| Ellis v. State | 49A05–1701–CR–37 | 07/31/2017 | CRONE, J.<br>BAKER, J.<br>BARNES, J. | Affirmed<br>Concurs<br>Concurs |
| Ramsey v. State | 89A04–1702–CR–385 | 07/31/2017 | KIRSCH, J.<br>MATHIAS, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |
| J.R. v. R.S. | 82A01–1702–AD–321 | 07/31/2017 | ROBB, J.<br>VAIDIK, C.J.<br>BAILEY, J. | Affirmed<br>Concurs<br>Concurs |
| Allen v. State | 84A04–1702–CR–406 | 07/31/2017 | BAKER, J.<br>BARNES, J.<br>CRONE, J. | Affirmed<br>Concurs<br>Concurs |
| Taylor v. State | 20A04–1703–CR–540 | 07/31/2017 | CRONE, J.<br>BAKER, J.<br>BARNES, J. | Affirmed<br>Concurs<br>Concurs |
| Foor v. PennyMac Loan Services, LLC | 64A03–1701–MF–149 | 07/31/2017 | VAIDIK, C.J.<br>BAILEY, J.<br>ROBB, J. | Affirmed<br>Concurs<br>Concurs |
| Elsbury v. State | 15A01–1703–CR–449 | 07/31/2017 | PYLE, J.<br>RILEY, J.<br>ROBB, J. | Affirmed<br>Concurs<br>Concurs |
| Richardson v. State | 49A05–1612–CR–2671 | 07/31/2017 | KIRSCH, J.<br><br>MATHIAS, J.<br>ALTICE, J. | Affirmed and remanded for clarification of Sentencing Order<br>Concurs<br>Concurs |